The People of the State of Illinois, defendant in error, v. Walter S. Haxton, alias Pete Haxton, plaintiff in error. Gen. No. 8,062.

Prosecution for violation of Prohibition Act. Conviction. Error to the Circuit Court of Morgan county; the Hon. Harry L. Chapman, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

William N. Hairgrove, for plaintiff in error. Hugh Green, State's Attorney, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.

---

O. M. Sizemore, appellee, v. John McDaniel, appellant. Gen. No. 8,073.

Trover for breach of warranty in deed. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

Wilber H. Hickman and G. F. Bennett, for appellant. O'Hair, McClain & Bristow, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Paul Prehn, appellee, v. Illinois Power & Light Corporation, appellant. Gen. No. 8,082.

Action for damage to automobile from collision with street car. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed October 31, 1927.

Green & Palmer, for appellant; William G. Palmer and Oris Barth, of counsel. Fred B. Hamill, for appellee; Fred B. Hamill and Forrest B. Gore, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

Ethel Hodges, appellee, v. Commercial Union Assurance Company, appellant. Gen. No. 8,086.

Assumpsit on fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

Jesse Peebles, for appellant. Murphy & Hemphill, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Aud Sandusky, appellant, v. William Meithe, appellee. Gen. No. 8,104.

Action to recover wages due. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed October 31, 1927.

William T. Henderson, for appellant; Chas. W. Fleming, of counsel. Clark & Hutton, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.